IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-22396 CMB |
| Nathan T. Swan ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Nathan T. Swan ) | |
| ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 36 |
| Pennymac Loan Services, LLC ) | |
| and Ronda J. Winnecour, Trustee ) | Hearing: 1/16/19 at 10:00 AM |
| Respondent(s) ) | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than  December 21, 2018 , i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held on  January 16, 2019  at  10:00 AM **before Judge Bohm in Courtroom "B" 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  No hearing will be held if you do not timely file and serve a written response.

Date: December 10, 2018              /s/ Scott R. Lowden
                                     Scott R. Lowden, Esq., PA ID 72116
                                     Rice & Associates Law Firm
                                     15 W. Beau St.
                                     Washington, PA 15301
                                     (412) 374-7161
                                     lowdenscott@gmail.com