# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | NATHAN THOMAS SWAN |
| **Case Number:** | 18-22396-CMB          Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 13, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/17/18 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#11 - Final Confirmation of Plan Dated  6/13/2018 (NFC)
**R / M #:**  11 / 0

*Appearances:*

*Lowden*

Debtor:
Trustee:  Winnecour /  Pail  /  Katz  /  DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  3/28/19 at  9:30  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____ .
     A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/6/2018   8:36:41AM