IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-22396 CMB |
| Nathan T. Swan | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Nathan T. Swan | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Doc No. 36 |
| Pennymac Loan Services, LLC | ) | |
| and Ronda J. Winnecour, Trustee | ) | Hearing: 1/16/19 at 10:00 AM |
| Respondent(s) | ) | |

## CERTIFICATION OF NO RESPONSE REGARDING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on  **December 4, 2018**  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon.  Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than  **December 21, 2018** .

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  December 27, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com