IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-22396 CMB |
| Nathan T. Swan ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Nathan T. Swan ) | |
| ) | Related to Document No. 36 |
| Movant(s) ) | |
| v. ) | **ENTERED BY DEFAULT** |
| Pennymac Loan Services, LLC ) | |
| and Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## ORDER OF COURT

**AND NOW,** this  28th  day of  December , 2018, upon consideration of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor is hereby granted permission to enter into the Loan Modification Agreement of secured debt through Pennymac Loan Services, LLC. The new principal balance is $140,816.22 at an interest rate of 4.785% for 360 months modified as of January 1, 2019 with a maturity date of December 1, 2048. The new principal and interest payment will be $745.21 plus escrow of $269.19 for a total payment of $1,041.40 per month beginning January 1, 2019. The Debtor will make payments through the Chapter 13 plan dated June 13, 2018. The Loss Mitigation Process is hereby terminated.

BY THE COURT:

Carlota M. Böhm                    glb
Chief United States Bankruptcy Judge

FILED
12/28/18 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nathan Thomas Swan  
      Debtor

Case No. 18-22396-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 28, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db             +Nathan Thomas Swan,    11 Split Drive,    Burgettstown, PA 15021-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:  
       David A. Rice    on behalf of Debtor Nathan Thomas Swan ricelaw1@verizon.net, lowdenscott@gmail.com  
       James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       Scott R. Lowden    on behalf of Debtor Nathan Thomas Swan niclowlgl@comcast.net  
                                                                                                   TOTAL: 7