IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | ) | |
|---|---|---|
| | ) | Bankruptcy No. 18-22396 CMB |
| Nathan Thomas Swan | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Nathan Thomas Swan | ) | |
| | ) | Related to: Document No. 50 |
| Movant(s) | ) | |
| v. | ) | **ENTERED BY DEFAULT** |
| PennyMac Loan Services, LLC | ) | |
| | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

**AND NOW,** this  13th  day of  January , 2021, upon consideration of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Notice of Mortgage Payment Change is sustained and the Notice of Mortgage Payment Change filed on December 4, 2020 is Denied. The Respondent is Ordered to file a revised Notice of Mortgage Payment Change within 30 days.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/13/21 7:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA