**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathan Thomas Swan<br>　　　　　　Debtor(s) | |
| Nathan Thomas Swan<br>　　　　　　Movant<br>　　v.<br>PennyMac Loan Services, LLC<br>　　　　　　Respondents<br>Ronda J. Winnecour<br>　　　　　　Trustee | BK. NO. 18-22396 CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 53 |

## **CONSENT ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, PennyMac Loan Services, LLC has filed a Notice of Mortgage Payment Change on December 4, 2020 as it relates to Claim No. 11, on the mortgage secured by Debtor's real property at 11 Split Drive, Burgettstown, PA 15021;

WHEREAS, Debtors have filed an Objection to the Notice of Mortgage Payment Change (Doc. 50);

WHEREAS, a Default Order was entered on January 13, 2021 denying the Notice of Mortgage Payment Change filed on December 4, 2020 (Doc. 53);

WHEREAS, the parties have discussed the Notice of Mortgage Payment Change in depth and hereby enter into this Stipulation to resolve the Notice of Mortgage Payment Change.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The Default Order entered January 13, 2021 is VACATED.

2. The Notice of Payment Change filed on December 4, 2020 was proper and is deemed effective as of December 4, 2020.

3. The Debtor may request an updated payment history from creditor at any point.

Consented to by:

| | |
|---|---|
| **/s/ Scott R. Lowden** | **/s/ Brian C. Nicholas** |
| Scott R. Lowden, Esq., PA ID 72116 | Brian C. Nicholas, Esq., PA ID 317240 |
| Rice & Associates Law Firm | KML Law Group, P.C. |
| 15 W. Beau Street | 701 Market Street, Suite 5000 |
| Washington, PA 15301 | Philadelphia, PA 19106 |
| Phone: (412) 374-7161 | Phone: (201) 549-5366 |
| Email: lowdenscott@gmail.com | Email: bnicholas@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED, the default order entered on January 13, 2021 is VACATED, and the Notice of Mortgage Payment Change filed on December 4, 2020 is effective as of that date.

By the Court,

Dated: February 18, 2021

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/18/21 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-22396-CMB
Nathan Thomas Swan | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2
Date Rcvd: Feb 18, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan Thomas Swan, 11 Split Drive, Burgettstown, PA 15021-2521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Nathan Thomas Swan ricelaw1@verizon.net lowdenscott@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Feb 18, 2021 Form ID: pdf900 Total Noticed: 1

Scott R. Lowden
        on behalf of Debtor Nathan Thomas Swan niclowlgl@comcast.net

TOTAL: 7