IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Nathan Swan,                                    Bankruptcy No. 18-22396-CMB

          Debtor,

Nathan Swan,                                    Chapter 13

          Movants,

                                              Related to Document No.

No Respondent

          Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the March 8, 2021 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated February 22, 2021 by prepaid first-class US mail on March 8, 2021 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 03/08/2021                    /s/: David A. Rice, Esq.
                                                          Attorney for Debtors
                                                          15 West Beau Street
                                                          Washington, PA  15301
                                                          PA ID # 50329
                                                          Ricelaw1@verizon.net
                                                          (724) 225-7270

```
Label Matrix for local noticing      Duquesne Light Company                PRA Receivables Management, LLC
0315-2                                c/o Bernstein-Burkley, P.C.          PO Box 41021
Case 18-22396-CMB                     707 Grant Street, Suite 2200, Gulf Tower   Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA      Pittsburgh, PA 15219-1945
Pittsburgh
Thu Mar  4 10:33:37 EST 2021

Peoples Natural Gas Company LLC       2                                    Allegheny Courthouse
c/o S. James Wallace, P.C.            U.S. Bankruptcy Court                Criminal Division, Room 115
845 N. Lincoln Ave.                   5414 U.S. Steel Tower                436 Grant Street
Pittsburgh, PA 15233-1828             600 Grant Street                     Pittsburgh, PA 15219-2400
                                      Pittsburgh, PA 15219-2703

American Express National Bank        Amex                                 Associated Credit / Monongahela Power
c/o Becket and Lee LLP                Correspondence                       Attn: Data Processing Dept
PO Box 3001                           Po Box 981540                        115 Flanders Road, Suite 140; Po Box 517
Malvern  PA 19355-0701                El Paso, TX 79998-1540               Westborough, MA 01581-0517


(p)CITIZENS BANK N A                  Discover Bank                        Discover Financial
ATTN BANKRUPTCY TEAM                  Discover Products Inc                Po Box 3025
ONE CITIZENS BANK WAY                 PO Box 3025                          New Albany, OH 43054-3025
JCA115                                New Albany, OH  43054-3025
JOHNSTON RI 02919-1922

Huntington                            Mariner Finance                      Mariner Finance, LLC
Attn: Bankruptcy                      1155 Washgington Pike                8211 Town Center Dr
3 Cascade Plaza                       Bridgeville, PA 15017-2827           Nottingham, MD 21236-5904
Akron, OH 44308-1124

Office of the United States Trustee   PennyMac Loan Services, LLC          Pennymac Loan Services
Liberty Center.                       P.O. Box 2010                        Attn: Bankruptcy
1001 Liberty Avenue, Suite 970        Moorpark, CA 93020                   Po Box 514387
Pittsburgh, PA 15222-3721                                                  Los Angeles, CA 90051-4387

Synchrony Bank/Sams Club              The Huntington National Bank         Verizon
Attn:  Bankruptcy Dept                P O Box 89424                        Verizon Wireless Bk Admin
Po Box 965060                         Cleveland OH 44101-6424              500 Technology Dr Ste 550
Orlando, FL 32896-5060                                                     Weldon Springs, MO 63304-2225

Verizon                               (p)WELLS FARGO BANK NA               Wells Fargo Bank, N.A.
by American InfoSource as agent       1 HOME CAMPUS                        Wells Fargo Card Services
PO Box 248838                         MAC X2303-01A                        PO Box 10438, MAC F8235-02F
Oklahoma City, OK  73124-8838         DES MOINES IA 50328-0001             Des Moines, IA 50306-0438

eCAST Settlement Corporation          David A. Rice                        Nathan Thomas Swan
PO Box 29262                          Rice & Associates Law Firm           11 Split Drive
New York NY 10087-9262                15 West Beau Street                  Burgettstown, PA 15021-2521
                                      Washington, PA 15301-6806

Ronda J. Winnecour                    Scott R. Lowden
Suite 3250, USX Tower                 Nicotero & Lowden PC
600 Grant Street                      3948 Monroeville Blvd., Suite 2
Pittsburgh, PA 15219-2702             Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

(d)RBS Citizens Cc
1 Citizens Dr.
Ms: Rop 15b
Riverside, RI 02915

Wells Fargo Bank
Attn: Bankruptcy Dept
Po Box 6429
Greenville, SC 29606


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828


End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31