**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NATHAN THOMAS SWAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:18-22396<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/13/2018 and confirmed on 8/3/18. The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,200.00 |
| Less Refunds to Debtor | 1,107.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,092.47 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,103.77 | |
|   Trustee Fee | 2,812.94 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,916.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 0189 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 0189 | 3,172.86 | 3,172.86 | 0.00 | 3,172.86 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 0189 | 0.00 | 35,924.60 | 0.00 | 35,924.60 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 0189 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 39,097.46 |
| **Priority** | | | | |
|   DAVID A RICE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATHAN THOMAS SWAN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATHAN THOMAS SWAN<br>    Acct: | 665.00 | 665.00 | 0.00 | 0.00 |
|   NATHAN THOMAS SWAN<br>    Acct: | 442.53 | 442.53 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   RICE AND ASSOCIATES<br>    Acct: XXXXXXXXXXXXXXXXXXXXXX6/21 | 3,103.77 | 3,103.77 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   PEOPLES NATURAL GAS CO LLC\*<br>    Acct: 6720 | 378.52 | 37.73 | 0.00 | 37.73 |
|   ALLEGHENY COUNTY DEPT OF COURT R<br>    Acct: 7615 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN EXPRESS NATIONAL BANK<br>    Acct: 1003 | 10,474.44 | 1,043.91 | 0.00 | 1,043.91 |
|   ASSOCIATE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

18-22396                                                                                                            Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4078 | | | | |
| DISCOVER BANK(*) | 1,050.67 | 104.71 | 0.00 | 104.71 |
| Acct: 5605 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,226.16 | 122.20 | 0.00 | 122.20 |
| Acct: 3173 | | | | |
| MARINER FINANCE LLC | 1,303.87 | 129.95 | 0.00 | 129.95 |
| Acct: 3880 | | | | |
| CITIZENS BANK NA(*) | 6,767.67 | 674.48 | 0.00 | 674.48 |
| Acct: 6696 | | | | |
| ECAST SETTLEMENT CORP | 5,306.49 | 528.86 | 0.00 | 528.86 |
| Acct: 7922 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LF | 72.31 | 7.21 | 0.00 | 7.21 |
| Acct: 0933 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LF | 66.53 | 6.63 | 0.00 | 6.63 |
| Acct: 0931 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LF | 64.99 | 6.48 | 0.00 | 6.48 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK NA | 4,175.51 | 416.14 | 0.00 | 416.14 |
| Acct: 0495 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7922 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARINER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,078.30 |

TOTAL PAID TO CREDITORS                                                                                     42,175.76

TOTAL CLAIMED
PRIORITY           0.00
SECURED        3,172.86
UNSECURED     30,887.16

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    NATHAN THOMAS SWAN

        Debtor(s)

    Ronda J. Winnecour
         Movant
      vs.
    No Repondents.

Case No.:18-22396

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nathan Thomas Swan  
    Debtor

Case No. 18-22396-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Aug 27, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan Thomas Swan, 11 Split Drive, Burgettstown, PA 15021-2521 |
| 14863893 | + | Allegheny Courthouse, Criminal Division, Room 115, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14885709 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14863894 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14863895 | + | Associated Credit / Monongahela Power, Attn: Data Processing Dept, 115 Flanders Road, Suite 140; Po Box 517, Westborough, MA 01581-0517 |
| 14863899 | + | Mariner Finance, 1155 Washgington Pike, Bridgeville, PA 15017-2827 |
| 14863898 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14901595 | | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14863900 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14876251 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14863904 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14891737 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14898947 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2021 23:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14865926 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2021 23:21:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14863901 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2021 23:21:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14866661 | | Email/Text: mrdiscen@discover.com | Aug 27 2021 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14863896 | + | Email/Text: mrdiscen@discover.com | Aug 27 2021 23:21:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14863897 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2021 23:21:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 14864467 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2021 23:22:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14863902 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:59 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14879820 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2021 23:21:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14863903 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2021 23:21:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO |

| 14896043 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | 63304-2225 |
| --- | --- | --- | --- |
| | | Aug 27 2021 23:22:57 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Nathan Thomas Swan ricelaw1@verizon.net lowdenscott@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Nathan Thomas Swan niclowlgl@comcast.net |

TOTAL: 7