**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    NATHAN THOMAS SWAN

        Debtor(s)

    Ronda J. Winnecour
        Movant
         vs.
    No Repondents.

Case No.: 18-22396

Chapter 13

Related to: Document No. 76

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___18th___ day of ___October___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
10/18/21 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Nathan Thomas Swan
    Debtor

Case No. 18-22396-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2                User: lfin                 Page 1 of 2

Date Rcvd: Oct 18, 2021             Form ID: pdf900                Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan Thomas Swan, 11 Split Drive, Burgettstown, PA 15021-2521 |
| 14863893 | + | Allegheny Courthouse, Criminal Division, Room 115, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 14885709 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14863894 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14863895 | + | Associated Credit / Monongahela Power, Attn: Data Processing Dept, 115 Flanders Road, Suite 140; Po Box 517, Westborough, MA 01581-0517 |
| 14863899 | + | Mariner Finance, 1155 Washgington Pike, Bridgeville, PA 15017-2827 |
| 14863898 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14901595 | | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14863900 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14876251 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14863904 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14891737 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14898947 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 18 2021 23:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14865926 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2021 23:17:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14863901 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2021 23:17:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14866661 | | Email/Text: mrdiscen@discover.com | Oct 18 2021 23:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14863896 | + | Email/Text: mrdiscen@discover.com | Oct 18 2021 23:17:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14863897 | + | Email/Text: bankruptcy@huntington.com | Oct 18 2021 23:17:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 14864467 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2021 23:28:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14863902 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:28:29 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14879820 | + | Email/Text: bankruptcy@huntington.com | Oct 18 2021 23:17:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14863903 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 23:17:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO |

14896043              Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM

63304-2225

                                                                      Oct 18 2021 23:28:22       Verizon, by American InfoSource as agent, PO
                                                                                                 Box 248838, Oklahoma City, OK 73124-8838

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Nathan Thomas Swan ricelaw1@verizon.net  lowdenscott@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Nathan Thomas Swan niclowlgl@comcast.net |

TOTAL: 7