**PennyMac**

P.O. Box 514387
Los Angeles, CA 90051 4387

**Escrow Account Disclosure Statement**

**Statement Date:** November 11, 2019
**Loan**

**Property Address:**
11 SPLIT DR
BURGETTSTOWN PA 15021

**Questions?** Visit our website @
www.PennyMacUSA.com
(800) 777 - 4001 (Se Habla Español)
M - F: 6:00 AM - 6:00 PM PT
Sat: 7:00 AM - 11:00 AM PT

NATE T SWAN
11 SPLIT DR
BURGETTSTOWN, PA 15021-2521

### Annual Escrow Account Review

At least once each year, PennyMac Loan Services, LLC ("PennyMac") reviews your escrow account to make sure there is enough money to pay your property taxes and/or insurance premiums. This statement informs you of any adjustments to your monthly payment, shows you how much money you currently have in your escrow account and how much you will need in the next 12 months.

### Your New Mortgage Payment

During the next year, your escrow account balance is projected to have a shortage and/or escrow reserve payment (meaning not enough funds to pay your taxes and/or insurance as they come due). See Your Escrow Shortage and/or Escrow Reserve section on page 3 for more details.

**Option A:** If you choose not to pay the shortage and/or escrow reserve in full, no action is required. The shortage will be automatically spread over 12 months. Your new mortgage payment will be $1,128.05 starting on January 1, 2020.

**Option B:** If you choose to pay your shortage and/or escrow reserve of $964.25 in full, your new mortgage payment will be $1,047.70 starting on January 1, 2020. To pay the shortage and/or escrow reserve, you can use the coupon below, pay online or call our Customer Service Department at the number listed above.

| Description | Current Monthly Payment Amount | Option A Spread Shortage Over 12 Months | Option B Pay Shortage and/or Reserve In Full |
|---|---|---|---|
| Principal and Interest | $745.21 | $745.21 | $745.21 |
| Escrow Payment | $296.19 | $302.49 | $302.49 |
| Shortage Payment | $0.00 | $37.04 | $0.00 |
| Escrow Reserve Payment | $0.00 | $43.31 | $0.00 |
| Total Payment Amount | $1,041.40 | $1,128.05 | $1,047.70 |

---

**PennyMac**

**Escrow Shortage and/or Escrow Reserve Amount:** $964.25

Payment Due Date: January 01, 2020
Make check payable to: PENNYMAC LOAN SERVICES, LLC

**Escrow Shortage Amount Enclosed:** $ _____.__



Mail To: PENNYMAC LOAN SERVICES, LLC
    PO BOX 660929
    DALLAS, TX 75266-0929

NATE T SWAN
11 SPLIT DR
BURGETTSTOWN, PA 15021-2521

## Projected Escrow Account Activity

Over the next year, PennyMac expects to pay $3,629.96 from your escrow account. Your new monthly escrow payment is $302.49.

| Escrow Item Description | Annual Amount | | Monthly Amount |
|---|---|---|---|
| School Tax: | $1,364.40 | | |
| Mortgage Insurance: | $511.56 | | |
| Hazard Ins: | $1,307.00 | | |
| City Tax: | $177.67 | | |
| County Tax: | $269.33 | | |
| Total Payments from Escrow: | $3,629.96 | ÷ 12 = | $302.49 |

Below is a projection of escrow account activity from January 01, 2020 through December 31, 2020. These amounts may change when the actual payments become due.

| Month | Escrow Deposit(s) | Tax Payment(s) | Insurance Payment(s) | Mortgage Insurance Payment(s) | Projected Balance |
|---|---|---|---|---|---|
| Beginning Escrow Balance | | | | | ($184.58) |
| Jan 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $75.28 |
| Feb 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $335.14 |
| Mar 2020 | $302.49 | $269.33 | $0.00 | $42.63 | $325.67 |
| Apr 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $585.53 |
| May 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $845.39 |
| Jun 2020 | $302.49 | $177.67 | $0.00 | $42.63 | $927.58 |
| Jul 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $1,187.44 |
| Aug 2020 | $302.49 | $1,364.40 | $0.00 | $42.63 | $82.90 |
| Sep 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $342.76 |
| Oct 2020 | $302.49 | $0.00 | $0.00 | $42.63 | $602.62 |
| Nov 2020 | $302.49 | $0.00 | $1,307.00 | $42.63 | ($444.52)[1] |
| Dec 2020 | $302.49 | $0.00 | $0.00 | $42.63 | ($184.66) |
| Ending Escrow Balance | | | | | ($184.66) |
| Totals | $3,629.88 | $1,811.40 | $1,307.00 | $511.56 | |

[1] Lowest projected balance.

## Important Information About Mailed Payments

- Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PST. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PST. Payments not processed the same day are effective dated to the date of receipt.
- Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.
- Please do not send cash. Payment instructions are limited to the information provided by PennyMac on the payment coupon only.
- Please sign and write your account number on your check or money order.

## Periodic & Partial Payment Policy

If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding escrow shortages and fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment due plus an exact match to outstanding late charges due on the loan, PennyMac may apply the excess funds to late charges due amounts rather than applying excess funds to an escrow shortage based on the payment hierarchy. If the money you sent wasn't enough for a payment, it will be applied to your loan as unapplied funds. For escrowed loans, we will accept a payment that is less than your periodic payment by an amount up to $50.00. PennyMac will short your escrow account by the amount necessary to make the full periodic payment. Please note this may cause an escrow shortage in the future, which will result in an increase in your payment. For non escrowed loans, we will accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/ insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non interest bearing account until additional funds sufficient to equal a periodic payment are received.

## Your Escrow Shortage and/or Reserve

Based on the projected activity above, our review shows that you have a shortage of ($444.52), and an additional required balance of $519.73 to satisfy the reserve. See the lowest projected balance in the table above to find out when this will occur.

| | |
|---|---|
| Lowest Projected Balance | ($444.52) |
| Minimum Required Balance | $519.73 |
| Escrow Shortage and/or Escrow Reserve | $964.25 |

PennyMac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less, to help cover any unexpected increases in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Escrow Account History

The following is the statement of activity in your escrow account from January 01, 2019 through December 31, 2019.

Last year, we anticipated that payments from your account would be made during this period equaling $3,611.34. Your lowest monthly balance should not have exceeded $510.62, or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount.

The table below shows the Projected and Actual account history for the previous escrow account period.

| | Payments | | Disbursements | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected | Description | Actual | Description | Projected | Actual |
| **Beginning Escrow Balance** | | | | | | | $474.36 | ($4,724.70) |
| Jan 2019 | $300.94 | $5,238.18 * | $45.63 | MIP/PMI | $341.82 * | MIP/PMI, Reversal | $729.67 | $171.66 |
| Feb 2019 | $300.94 | $0.00 * | $45.63 | MIP/PMI | $45.63 | MIP/PMI | $984.98 | $126.03 |
| Mar 2019 | $300.94 | $592.38 * | $314.98 | County Tax, MIP/PMI | $314.96 * | County Tax, MIP/PMI | $970.94 | $403.45 |
| Apr 2019 | $300.94 | $296.19 * | $45.63 | MIP/PMI | $45.63 | MIP/PMI | $1,226.25 | $654.01 |
| May 2019 | $300.94 | $296.19 * | $45.63 | MIP/PMI | $45.63 | MIP/PMI | $1,481.56 | $904.57 |
| Jun 2019 | $300.94 | $296.19 * | $223.30 | City Tax, MIP/PMI | $223.30 | City Tax, MIP/PMI | $1,559.20 | $977.46 |
| Jul 2019 | $300.94 | $296.19 * | $45.63 | MIP/PMI | $45.63 | MIP/PMI | $1,814.51 | $1,228.02 |
| Aug 2019 | $300.94 | $296.19 * | $1,355.39 | MIP/PMI, School Tax | $45.63 * | MIP/PMI | $760.06 | $1,478.58 |
| Sep 2019 | $300.94 | $0.00 * | $45.63 | MIP/PMI | $1,410.03 * | MIP/PMI, School Tax | $1,015.37 | $68.55 |
| Oct 2019 | $300.94 | $592.38 * | $45.63 | MIP/PMI | $88.26 * | MIP/PMI | $1,270.68 | $572.67 |
| Nov 2019 | $300.94 | $296.19 * | $1,352.63 | Hazard Ins, MIP/PMI | $0.00 * | | $218.99 | $868.86 |
| Dec 2019 | $300.94 | $296.19 *E | $45.63 | MIP/PMI | $1,349.63 *E | Hazard Ins, MIP/PMI | $474.30 | ($184.58)[2] |
| **Ending Escrow Balance** | | | | | | | $474.30 | ($184.58) |
| **Totals** | $3,611.28 | $8,496.27 | $3,611.34 | | $3,956.15 | | | |

[2] Lowest actual balance.
An asterisk '*' beside an amount indicates a difference from projected activity, either in the amount or the date.
The letter 'E' beside an amount indicates that the payment has not yet occurred, but is estimated to occur as shown.
At the time of analysis, PennyMac assumes that you will make all scheduled mortgage payments by or before the effective date of your new payment (shown in the Projected Escrow Account Activity section above).

## Other Important Information

| | | | |
|---|---|---|---|
| **How to Contact Us** | www.PennyMacUSA.com<br>Available 24/7 on all your devices: PC, Tablet, and Mobile.<br>*El sitio web y las declaraciones están disponibles en español.*<br>**Go Paperless today!** | **PennyMac Customer Service:**<br>(800) 777-4001<br>M–F: 6:00 AM – 6:00 PM PT<br>Sat: 7:00 AM – 11:00 AM PT<br>**Fax:** (866) 577-7205 | **PennyMac Loan Services, LLC**<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>Notices of error or information requests **must** be mailed to this address. |
| **How to Make a Payment** | **Auto-Pay\*:** Enroll in Auto Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online:** Make a one time payment on our website. | **Pay-by-Phone:** (800) 777-4001<br>*(Fees may apply to use this service)*<br>**Western Union:**<br>Code City: *PennyMac*<br>Pay To: *PennyMac Loan Services*<br>Code State: *CA*<br>ID Number: *Enter Loan Number* | **Check\*\*:** Mail to PennyMac:<br>**Standard Address:** P.O. Box 660929<br>Dallas, TX 75266-0929<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you receive a tax bill, you do not need to take any action. (**Please note:** Supplemental/Additional tax bills are the responsibility of the homeowner; PennyMac will pay them from the escrow account upon request.) | | **General Insurance Questions:** (866) 318-0208<br>**Insurance Information:** Any time there is a change to your insurance policy please provide your insurance carrier the following information:<br>**Mortgagee Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501-6618 |
| **Credit Reporting Information** | We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |
| | **Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify PennyMac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions. | | |

\* If you are enrolled in a PennyMac Auto Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.

\*\* When you pay with a check, you authorize PennyMac either to use information from your check to make a one time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day PennyMac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK**   If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. PennyMac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting www.dfs.ny.gov.

**OREGON**   Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

Equal Housing Opportunity © 2008-2019 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818-224-7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act. Colorado: Colorado office: 700 17th St, Suite 200, Denver, CO 80202, (866) 436-4766. Georgia Residential Mortgage Licensee #33027. Massachusetts Mortgage Lender License # ML35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. North Carolina Permit No. 104753, 112228, 112874, 112877. Rhode Island Lender License # 20092600LL. Washington Consumer Loan License # CL-35953. For more information, please visit www.pennymacusa.com/state-licenses. Loans not available in New York. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (08-2019)